# UNITED STATES DISTRICT COURT

\*\*\*\*   DISTRICT OF   NEVADA

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, MASTER ALTERNATIVE
LOAN TRUST 2004-2 MORTGAGE
PASS THROUGH CERTIFICATES,
SERIES 2004-2,

       Plaintiff,            JUDGMENT IN A CIVIL CASE

  v.

                              CASE NUMBER: **3:15-cv-00328-MMD-WGC**

THUNDER PROPERTIES INC, et al.,

       Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that U.S. Bank National Association's Motion for Summary Judgment (ECF No. 18) is granted. Judgment is entered in favor of U.S. Bank National Association on its quiet title claim.

September 15, 2017                                      **DEBRA K. KEMPI**
                                                             Clerk

                                                             /s/ K. Rusin
                                                             Deputy Clerk